UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON HELEN FAIRCHILD,<br><br>        Plaintiff,<br><br>    v.<br><br>JULIAN CARLO RECANA, et al.,<br><br>        Defendants. | Case No. 24-cv-03362-JST<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE OPPOSITION AND ORDER RE: REGISTRATION FOR ELECTRONIC CASE FILING**<br><br>Re: ECF No. 22 |

Defendant filed a motion to dismiss on July 10, 2024. ECF No. 22. The deadline to file an opposition has passed, and no opposition has been filed. Nor has Plaintiff filed the statement of nonopposition that is required when "the party against whom the motion is directed does not oppose the motion." Civil L.R. 7-3(b). Within 14 days of the date of this order, Plaintiff shall file either a written response showing cause as to why a timely opposition was not filed or a statement of nonopposition to the motion.

This order does not constitute permission to file a late opposition.

The deadline to file a reply brief is vacated. The Court will schedule a new reply deadline and hearing date if necessary.

If Plaintiff does not file a timely response to this order to show cause, the Court may dismiss this case for failure to prosecute.

/ / /

/ / /

/ / /

/ / /

/ / /

1    Additionally, the Court has granted Plaintiff permission for electronic case filing.  ECF

2 No. 30.  However, before she can receive and file documents electronically, Plaintiff must register

3 to do so by following the instructions available here: https://www.cand.uscourts.gov/e-file/.

4    **IT IS SO ORDERED.**

5 Dated:  August 1, 2024



JON S. TIGAR
United States District Judge