UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON HELEN FAIRCHILD,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN CARLO RECANA, et al.,<br><br>Defendants. | Case No. 24-cv-03362-JST<br><br>**ORDER DISMISSING CASE** |

On August 1, 2024, the Court ordered Plaintiff Alison Helen Fairchild to show cause, within 14 days of the date of the order, as to why she did not file either a timely opposition or statement of non-opposition to Defendant Cheryl Lynn Kaylor's motion to dismiss. ECF No. 32 at 1. The Court advised Fairchild that "the Court may dismiss this case for failure to prosecute" if she did "not file a timely response to this order to show cause." *Id.*

The deadline to respond to the order to show cause passed on August 15, 2024. To date, Fairchild has not filed a response, nor has she filed any other document in this case since July 12, 2024. As the Court advised Fairchild it would do if she failed to respond to the order to show cause, the Court now dismisses this case for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 26, 2024

_____
JON S. TIGAR
United States District Judge